Aviation One Mgt.
c/o Donald W. Hansen, Esq.
21 McGrath Hwy., Ste. 405
PO Box 690064
Quincy MA 02269


Best Read Guide
c/o Law Office of Carl Brugnoli
PO Box 320530
Boston MA 02132


Best Read Guide Inc.
900 Route 134
South Dennis MA


Black Rock Country Club
25 Club House Drive
Hingham MA 02043


Cape & Islands Coffee Service
8 Otis Park Drive
Suite 3A
Bourne MA 02532


Capital One
PO Box 30285
Sale Lake City UT 84130


Charles Bardelies
29 Kettlehole Road
Falmouth MA 02540


Citizens Bank
c/o Ryan J. Matthews, Esq.
81 Samoset Street
Plymouth MA 02360


Cliffside Beach Club
41 Jefferson Avenue
Nantucket MA 02554

Comm. of MA
Office of Atty General
One Ashburton Place
Boston MA 02108
Attn: Shannon Choy-Seymour


Grey Lady Marine LLC
PO Box 3216
13 Arrowhead Drive
Nantucket MA 02554


Hallsmith Sysco Food Service LLC
c/o Kenneth Lombard, Esq
510 Chapman Street
Drawer 370
Canton MA 02021


Indiana Dept. of Revenue
c/o Premiere Credit of North Americ
49 Winter Street
Weymouth MA 02188


Indiana Dept. of Revenue
c/o Premiere Credit of North Americ
PO Box 19309
Indianapolis IN 46219


Internal Revenue Service
SPS JFK Bldg.
PO Box 9112
Stop 20800
Boston MA 02203


Irving Oil
c/o RMCB
5230 Washington Street
West Roxbury MA 02132


Irving Oil
c/o RMCB
2269 S. Saw Mill River Rd.
Bldg. 3
Elmsford NY 10523


Kevin P. Martin & Associates
Ten Forbes West
South Shore Exec. Park
Braintree MA 02184

```
L&D Associates
416 Main Street
West Dennis MA 02670



Lund Acquisition LLC
c/o James J. McNulty, Esq.
40 Court Street
Boston MA 02108



Marcus, Errico, Emmer & Brooks
45 Braintree Hill Office Park
Braintree MA 02184



Merrill Lynch
PO Box 5459
Mt. Laurel NJ 08054



Merrill Lynch
Home Equity Service Center
PO Box 5443
Mt. Laurel NJ 08054



Resort Funding
360 South Warren Street
6th Floor
Syracuse NY 13202



Richard Cunha
c/o Mark Gildea, Esq.
Clark, Balboni & Gildea
Box 1769
Mashpee MA 02649


Rockland Trust
288 Union Street
Rockland MA 02370



Rug Merchant
11 Commerce Road
Suite B
Rockland MA 02370
```

```
Shepherd & Goldstein
c/o Grosser & Mulligan
766 Falmouth Road
Suite 4
Mashpee MA 02649


South Coast Legal Services
760 Plain Street
Marshfield MA 02050



Stuart Bornstein
Bornstein Companies
Financial Place
Hyannis MA 02601



Susan Roy
126 Main Street
Hingham MA 02043



Yates Gas
PO Box 2550
Nantucket MA 02584
```