B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## District of Massachusetts

In re  Robert A. Reposa, Jr. _____,

_____ Debtor

Case No.  **09-13702-WCH** _____

Chapter  **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $    2,225,000.00 | | |
| B - Personal Property | YES | 3 | $      57,050.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 7 | | $   4,893,363.95 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $     100,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $   1,187,956.48 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $      28,501.10 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $      33,662.00 |
| TOTAL | | 25 | $    2,282,050.00 | $   6,181,320.43 | |

B6A (Official Form 6A) (12/07)

In re:  Robert A. Reposa, Jr.                                    Case No.  09-13702-WCH
                        Debtor                                                    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 6 Pochick Avenue Nantucket MA single family residence<br><br>Joint tenants with spouse<br><br>Deed to Mr. Reposa and his wife recorded 3/25/05. Prior to that transfer, Mr. Reposa owned this property individually since January 3, 2000<br><br>value is based upon existing purchase and sale agreement | | J | $2,225,000.00 | $4,843,363.95 |

Total ➤ $2,225,000.00

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re    Robert A. Reposa, Jr. _____    Case No. 09-13702-WCH _____

Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on hand<br><br>average balance | | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Merrill Lynch account<br><br>average balance | | 800.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Misc. household goods and furnishings - see attached list<br><br>estimated sale value | J | 50,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. books and pictures<br><br>estimated sale value included in B 4 | J | 0.00 |
| 6. Wearing apparel. | | Misc. wearing apparel<br><br>estimated sale value | | 300.00 |
| 7. Furs and jewelry. | | Rolex - 13 years old<br><br>appraised value | | 1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Set of golf clubs 10 years old, digital camera, 2 old fishing poles<br><br>estimated sale value | | 250.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 16-22% interest in Raeder Buildings | | uncertain |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | Stock in LSC Associates Inc. | | uncertain |

# 6 Pochick Avenue Inventory List

### Cottage

#### Second Floor Bedroom
- Two white wood lamps
- One porcelain white lamp
- One blue lounge chair
- One tv table
- One Sharp tv
- One laundry basket
- One white clothing bureau
- One queen bed with everything
- Two bed side stands
- One wicker waste basket

#### Second Floor Loft
- One blue couch
- Two white end tables
- One white coffee table
- One blue 7'x5' rug

#### Second Floor Bath
- Cosmetic stand
- One wicker waste basket

#### Living Room
- One "L" shaped blue couch
- One white two drawer with folding leaves coffee table
- One white tv cabinet
- One Panasonic tv
- One white/blue 12'x8' rug

#### Dining Room
- One white table with four matching highback chairs

#### Kitchen
- All kitchenware and small appliances

#### Basement
- Large white mirror

### Main House

## Kitchen
- Hanging stainless steel pot rack
- Pine breakfast table with three black Windsor chairs
- Three matching black high chairs
- Black hanging light fixture with eight lamps
- Fridge
- Stove
- Microwave

## Dining Room
- Cherry dining table with two leaves
- Six matching Windsor chairs
- Two yellow arm chairs with mermaid fabric
- Yellow hutch
- Large blue rug
- Window Treatments
- Chandelier

## Family Room
- Two blue couches and one matching chair
- Black iron and glass coffee table
- Large blue star rug
- Table
- Large green built-in hutch
- TV
- Chandelier
- Window Treatments

## Master Bedroom
- King four post bed, Laura Ashley
- Matching window treatments
- Built-in hutch/TV stand with TV
- Designer couch with matching pillows
- Two large pattern rugs
- Fancy coffee table
- Love seat
- Dresser with four drawers
- Matching bedside lamps
- Tall eight drawer dresser
- Long nine drawer dresser with matching mirror
- Bedside table with glass top
- Black Windsor chair

## Master Bath

- Window Treatments
- Light Fixtures
- Plant
- Linens

Foyer
- Seat with yellow pillow
- Star rugs with matching stair runner

Second Floor Bath
- Two matching decorative mirrors

Second Floor Bedroom
- Two twin beds with matching headboards with glass tops
- Two white lamps
- Bedside table with two drawers
- One Panansonic TV
- Built-in bookshelf
- Window Treatments

Second Floor Bedroom
- White king bed
- Two white one drawer bedside tables
- Two white/blue matching lamps
- Four drawer bureau with mirror
- One built-in bookshelf
- One Panasonic TV
- Window Treatments

Second Floor Landing
- Wood table with two drawers
- One wood mirror
- Two built-in blue glass sconces
- One large blue star rug

Basement
- One flat screen Philips TV
- One brown wicker chest
- One brown wicker coffee table
- One brown wicker waste bin
- One oversized lounge chair with matching pillow
- One brown leather couch with throw pillows
- Wine storage: assume humidifying system and racks will remain

B6B (Official Form 6B) (12/07) -- Cont.

In re    Robert A. Reposa, Jr.                                    ,    Case No.  09-13702-WCH
                          Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Stock in Manomay Assoc. Inc. | | uncertain |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Stock in R.L. Development Inc. | | uncertain |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Stock in Seaside Enterprises Inc. | | uncertain |
| 14. Interests in partnerships or joint ventures. Itemize. | | Limited partnership interest in New Boston Fund  value is uncertain | | uncertain |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | Uncertain - 2007 and 2008 tax returns not yet filed | | uncertain |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Professional liability claim against prior counsel  value is uncertain | | uncertain |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | | Membership at Black Rock Country Club  original purchase price in 2005 $90,000.00  present value is uncertain | J | uncertain |
| Licenses, franchises, and other general intangibles.  Give particulars. | | Membership at Cliffside Beach Club - original purchase price in 2000 $120,000.00  present value uncertain | | uncertain |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Robert A. Reposa, Jr.** _____.        Case No. **09-13702-WCH** _____
                    Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Jeep Wrangler**<br><br>**estimated sale value** | J | **4,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **10% interest in a retired racehorse, 1 year old colt and another colt in utero.  Original purchase price of horse in 2004 was $1,000,000.00 - 10% of which was $100,000.00.**<br><br>**Present value uncertain** | | **uncertain** |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

<u>  2  </u>    continuation sheets attached            Total    ＞        **$ 57,050.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re   Robert A. Reposa, Jr.                              Case No.   09-13702-WCH
                    Debtor                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☑ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2000 Jeep Wrangler<br><br>estimated sale value | MGLA c.235 § 34(16) | 700.00 | 4,000.00 |
| 6 Pochick Avenue<br>Nantucket MA<br>single family residence<br><br>Joint tenants with spouse<br><br>Deed to Mr. Reposa and his wife recorded 3/25/05.  Prior to that transfer, Mr. Reposa owned this property individually since January 3, 2000<br><br>value is based upon existing purchase and sale agreement | MGLA c.188 § 1 | 500,000.00 | 2,225,000.00 |
| Cash on hand<br><br>average balance | MGLA c.235 § 34(15) | 125.00 | 200.00 |
| Merrill Lynch account<br><br>average balance | MGLA c.246 § 28A | 500.00 | 800.00 |
| Misc. books and pictures<br><br>estimated sale value included in B 4 | MGLA c.235 § 34(3) | 0.00 | 0.00 |
| Misc. household goods and furnishings - see attached list<br><br>estimated sale value | MGLA c.235 § 34(2) | 3,000.00 | 50,000.00 |
| Misc. wearing apparel<br><br>estimated sale value | MGLA c.235 § 34(1) | 300.00 | 300.00 |

B6D (Official Form 6D) (12/07)

In re   Robert A. Reposa, Jr. _____,   Case No.   09-13702-WCH _____
                              Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Black Rock Country Club <br> 25 Club House Drive <br> Hingham MA 02043 | | | Membership at Black Rock Country Club 2007 membership dues <br><br> original purchase price in 2005 $90,000.00 <br><br> present value is uncertain <br><br> VALUE: uncertain | | | | 10,000.00 | uncertain |
| ACCOUNT NO. <br><br> Cliffside Beach Club <br> 41 Jefferson Avenue <br> Nantucket MA 02554 | | | Membership at Cliffside Beach Club - original purchase price in 2000 $120,000.00 <br><br> remaining balance due on membership <br><br> present value uncertain <br><br> VALUE: uncertain | | | | 40,000.00 | uncertain |

6   continuation sheets
    attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $    50,000.00 | $          0.00 |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  Robert A. Reposa, Jr. _____ ,    Case No.  09-13702-WCH
                                    Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Comm. of MA<br>Dept. of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston MA 02114 | | | State tax lien<br>6 Pochick Avenue<br>Nantucket MA<br>single family residence<br><br>Joint tenants with spouse<br><br>Deed to Mr. Reposa and his wife recorded 3/25/05.  Prior to that transfer, Mr. Reposa owned this property individually since January 3, 2000<br><br>value is based upon existing purchase and sale agreement<br><br>_____<br>VALUE $2,225,000.00 | | | | 57,795.24 | 0.00 |

Sheet no. _1_ of _6_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  >
(Total of this page)

Total  >
(Use only on last page)

| | |
|---|---|
| $        57,795.24 | $            0.00 |
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  Robert A. Reposa, Jr. _____.        Case No.  09-13702-WCH
                              Debtor                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Comm. of MA <br> Office of Atty General <br> One Ashburton Place <br> Boston MA 02108 <br> Attn: Shannon Choy-Seymour | X | | 6 Pochick Avenue <br> Nantucket MA <br> single family residence <br><br> Joint tenants with spouse <br><br> Deed to Mr. Reposa and his wife recorded 3/25/05.  Prior to that transfer, Mr. Reposa owned this property individually since January 3, 2000 <br><br> value is based upon existing purchase and sale agreement <br><br> Real estate attachment recorded April 26, 2009.  The Office of the Attorney General is pursuing litigation on behalf of various consumers relative to Mr. Reposa's former business, Navigator Beach Club <br><br> claim amount is based upon complaint filed by the Attorney General <br><br> VALUE $2,225,000.00 | X | X | X | 1,500,000.00 | 1,500,000.00 |

Sheet no. 2 of 6 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| $ 1,500,000.00 | $ 1,500,000.00 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  Robert A. Reposa, Jr.                                    Case No.  09-13702-WCH
                                     Debtor                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Lund Acquisition LLC <br> c/o James J. McNulty, Esq. <br> 40 Court Street <br> Boston MA 02108 | X | | **Attachment** <br> **6 Pochick Avenue** <br> **Nantucket MA** <br> **single family residence** <br><br> **Joint tenants with spouse** <br><br> **Deed to Mr. Reposa and his wife recorded 3/25/05.  Prior to that transfer, Mr. Reposa individually since January 3, 2000** <br><br> **claim amount is approximate** <br><br> **value is based upon existing purchase and sale agreement** <br><br> **VALUE $2,225,000.00** | | | X | 1,750,000.00 | 1,118,363.95 |
| ACCOUNT NO.  7100056352 <br><br> Merrill Lynch <br> Home Equity Service Center <br> PO Box 5443 <br> Mt. Laurel NJ 08054 | X | J | **Second mortgage** <br> **6 Pochick Avenue** <br> **Nantucket MA** <br> **single family residence** <br><br> **Joint tenants with spouse** <br><br> **Deed to Mr. Reposa and his wife recorded 3/25/05.  Prior to that transfer, Mr. Reposa owned this property individually since January 3, 2000** <br><br> **value is based upon existing purchase and sale agreement** <br><br> **VALUE $2,225,000.00** | | | | 199,713.93 | 0.00 |

Sheet no.  3 of  6 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  >
(Total of this page)                $  1,949,713.93  $ 1,118,363.95

Total  >
(Use only on last page)             $              $

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  Robert A. Reposa, Jr.                                                    Case No.  09-13702-WCH
                                    Debtor                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7100006860 <br><br>Merrill Lynch <br>PO Box 5459 <br>Mt. Laurel NJ 08054 | X | J | 3/25/05 <br>**First Mortgage** <br>**6 Pochick Avenue** <br>**Nantucket MA** <br>single family residence <br><br>**Joint tenants with spouse** <br><br>**Deed to Mr. Reposa and his wife recorded 3/25/05.  Prior to that transfer, Mr. Reposa individually since January 3, 2000** <br><br>**principal balance as of 3/13/09** <br><br>**value is based upon existing purchase and sale agreement** <br><br>VALUE $2,225,000.00 | | | | 982,744.67 | 0.00 |
| ACCOUNT NO. <br><br>Resort Funding <br>360 South Warren Street <br>6th Floor <br>Syracuse NY 13202 | | | **Third Mortgage** <br>**6 Pochick Avenue** <br>**Nantucket MA** <br>single family residence <br><br>**Joint tenants with spouse** <br><br>**Deed to Mr. Reposa and his wife recorded 3/25/05.  Prior to that transfer, Mr. Reposa owned this property individually since January 3, 2000** <br><br>**value is based upon existing purchase and sale agreement** <br><br>VALUE $2,225,000.00 | | | | 30,935.70 | 0.00 |

Sheet no. 4 of 6 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ►
(Total of this page)                          $  1,013,680.37  $        0.00

Total  ►
(Use only on last page)                      $                   $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  Robert A. Reposa, Jr. _____,   Case No.  **09-13702-WCH** _____

Debtor                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Richard C. Cunha<br>c/o Mark Gildea, Esq.<br>Clark, Balboni & Gildea<br>Box 1769<br>Mashpee MA 02649 | | | 6 Pochick Avenue<br>Nantucket MA<br>single family residence<br><br>Joint tenants with spouse<br><br>Deed to Mr. Reposa and his wife recorded 3/25/05.  Prior owner, Mr. Reposa individually since January 3, 2000<br><br>value is based upon existing purchase and sale agreement<br><br>claim amount is approximate. Real estate attachment 2/13/08<br><br>VALUE $2,225,000.00 | | | | 250,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Rockland Trust<br>288 Union Street<br>Rockland MA 02370 | X | | all asset security interest recorded on 3/22/2006<br><br>VALUE $0.00 | | | | 0.00 | 0.00 |

Sheet no. _5_ of _6_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  250,000.00 | $  0.00 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re   Robert A. Reposa, Jr.                                    Case No.   09-13702-WCH
                        Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Shepherd & Goldstein <br> c/o Grosser & Mulligan <br> 766 Falmouth Road <br> Suite 4 <br> Mashpee MA 02649 | X | | 3/19/08 <br> Judicial Lien <br> 6 Pochick Avenue <br> Nantucket MA <br> single family residence <br><br> Joint tenants with spouse <br><br> Deed to Mr. Reposa and his wife recorded 3/25/05.  Prior to that transfer, Mr. Reposa owned this property individually since January 3, 2000 <br><br> value is based upon existing purchase and sale agreement <br><br> VALUE $2,225,000.00 | | | | 72,174.41 | 0.00 |

Sheet no. 6 of 6 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

| | |
|---|---|
| $ 72,174.41 | $ 0.00 |

Total  ➢
(Use only on last page)

| | |
|---|---|
| $ 4,893,363.95 | $ 2,618,363.95 |

(Report also on Summary of    (If applicable, report
Schedules)                    also on Statistical
                              Summary of Certain
                              Liabilities and
                              Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Robert A. Reposa, Jr.** _____     Case No. **09-13702-WCH** _____
                                        Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

B6E (Official Form 6E) (12/07) – Cont.

In re    Robert A. Reposa, Jr.

Case No.    09-13702-WCH
(If known)

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  **Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**SPS JFK Bldg.**<br>**PO Box 9112**<br>**Stop 20800**<br>**Boston MA 02203** | X | | **2006 federal income taxes**<br><br>**claim amount is approximate** | | | | 100,000.00 | 100,000.00 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➢<br>(Totals of this page) | $ 100,000.00 | $ 100,000.00 | $ 0.00 |
| Total ➢<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 100,000.00 | | |
| Total ➢<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 100,000.00 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re    Robert A. Reposa, Jr.                              Case No.  09-13702-WCH
_____                    _____
                        Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Alan Casali** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Aviation One Mgt.**<br>**c/o Donald W. Hansen, Esq.**<br>**21 McGrath Hwy., Ste. 405**<br>**PO Box 690064**<br>**Quincy MA 02269** | X | | **claim amount is approximate** | | | | 60,000.00 |
| ACCOUNT NO.<br><br>**Beachside Village Resort Condo Assn.**<br>**45 Surf Drive**<br>**Falmouth MA 02540**<br><br>**Beachside Village Resort Condo Asn**<br>**c/o May F. Downey, Esq.**<br>**200-C Main Street**<br>**Box 133**<br>**Falmouth MA 02541** | X | | **claim amount is approximate** | | | X | 200,000.00 |
| ACCOUNT NO.<br><br>**Best Read Guide**<br>**c/o Law Office of Carl Brugnoli**<br>**PO Box 320530**<br>**Boston MA 02132**<br><br>**Best Read Guide Inc.**<br>**900 Route 134**<br>**South Dennis MA** | | | **judgment** | | | | 7,309.80 |

    4   Continuation sheets attached

                                                    Subtotal  ➤  $        267,309.80

                                                    Total  ➤  $
                            (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable on the Statistical
                        Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert A. Reposa, Jr. _____          Case No. __09-13702-WCH_____
                                Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cape & Islands Coffee Service<br>8 Otis Park Drive<br>Suite 3A<br>Bourne MA 02532 | | | judgment dated 11/5/08 | | | | 1,807.06 |
| ACCOUNT NO.  4388641826103736<br><br>Capital One<br>PO Box 30285<br>Sale Lake City UT 84130 | | | balance as of 3/27/09 | | | | 1,271.66 |
| ACCOUNT NO.<br><br>Charles Bardelies<br>29 Kettlehole Road<br>Falmouth MA 02540 | X | | funds loaned (approximate) | | | | 336,000.00 |
| ACCOUNT NO.<br><br>Citizens Bank<br>c/o Ryan J. Matthews, Esq.<br>81 Samoset Street<br>Plymouth MA 02360 | X | | claim amount is approximate | | | | 25,000.00 |
| ACCOUNT NO.<br><br>Grey Lady Marine LLC<br>PO Box 3216<br>13 Arrowhead Drive<br>Nantucket MA 02554 | X | | | | | | 1,212.89 |

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          365,291.61

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert A. Reposa, Jr.

Debtor

Case No. **09-13702-WCH**

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Hallsmith Sysco Food Service LLC** <br> **c/o Kenneth Lombard, Esq** <br> **510 Chapman Street** <br> **Drawer 370** <br> **Canton MA 02021** | | | | | | | 2,602.41 |
| ACCOUNT NO. <br><br> **Heritage Landscaping** <br> **9 Wompanaos Way** <br> **Nantucket MA 02554** | | | | | | | 14,837.00 |
| ACCOUNT NO.    **200405844223** <br><br> **Indiana Dept. of Revenue** <br> **c/o Premiere Credit of North Americ** <br> **PO Box 19309** <br> **Indianapolis IN 46219** <br><br> **Indiana Dept. of Revenue** <br> **c/o Premiere Credit of North Americ** <br> **49 Winter Street** <br> **Weymouth MA 02188** | | | | | | | 156.23 |
| ACCOUNT NO.    **2388947** <br><br> **Irving Oil** <br> **c/o RMCB** <br> **2269 S. Saw Mill River Rd.** <br> **Bldg. 3** <br> **Elmsford NY 10523** <br><br> **Irving Oil** <br> **c/o RMCB** <br> **5230 Washington Street** <br> **West Roxbury MA 02132** | | | | | | | 1,731.11 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  19,326.75

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   __Robert A. Reposa, Jr._____          Case No. __09-13702-WCH_____
                                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Kevin P. Martin & Associates** <br> **Ten Forbes West** <br> **South Shore Exec. Park** <br> **Braintree MA 02184** | X | | **account #'s 2931001297 and 2931001305** | | | | **4,152.00** |
| ACCOUNT NO. <br><br> **L&D Associates** <br> **416 Main Street** <br> **West Dennis MA 02670** | | | **personal guarantee of business debt** | | | | **345,000.00** |
| ACCOUNT NO. <br><br> **Marcus, Errico, Emmer & Brooks** <br> **45 Braintree Hill Office Park** <br> **Braintree MA 02184** | | | **claim amount is approximate** | | | X | **150,000.00** |
| ACCOUNT NO. <br><br> **Rockland Trust Company** <br> **288 Union Street** <br> **Rockland MA 02370** | X | | **charges for document production** | | | | **4,152.00** |
| ACCOUNT NO. <br><br> **Rug Merchant** <br> **11 Commerce Road** <br> **Suite B** <br> **Rockland MA 02370** | X | | **possible personal guarantee of business debt** | | | | **20,000.00** |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **523,304.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A. Reposa, Jr.**                                         Case No.  **09-13702-WCH**
_____                                                    _____
Debtor                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**South Coast Legal Services**<br>**760 Plain Street**<br>**Marshfield MA 02050** | | | | | | | **165.00** |
| ACCOUNT NO. <br><br>**Stuart Bornstein**<br>**Bornstein Companies**<br>**Financial Place**<br>**Hyannis MA 02601** | X | | claim for unpaid rental<br><br>claim amount is approximate | | | | **10,000.00** |
| ACCOUNT NO. <br><br>**Susan Roy**<br>**126 Main Street**<br>**Hingham MA 02043** | | | 6/18/08<br><br>personal loan | | | | **uncertain** |
| ACCOUNT NO.   **10209**<br><br>**Yates Gas**<br>**PO Box 2550**<br>**Nantucket MA 02584** | | | | | | | **2,559.32** |

Sheet no.  _4_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $              **12,724.32**

Total  ➢  $            **1,187,956.48**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  Robert A. Reposa, Jr.                                    Case No.  09-13702-WCH
                            Debtor                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re: **Robert A. Reposa, Jr.**
_____
                              **Debtor**

Case No.  **09-13702-WCH**
                    (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Seaside Enterprises LLC** | **Aviation One Mgt.**<br>**c/o Donald W. Hansen, Esq.**<br>**21 McGrath Hwy., Ste. 405**<br>**PO Box 690064**<br>**Quincy MA 02269** |
| **Seaside Enterprise** | **Beachside Village Resort Condo Assn.**<br>**45 Surf Drive**<br>**Falmouth MA 02540** |
| **LSC Associates** | **Charles Bardelies**<br>**29 Kettlehole Road**<br>**Falmouth MA 02540** |
| **Monomoy Associates** | **Citizens Bank**<br>**c/o Ryan J. Matthews, Esq.**<br>**81 Samoset Street**<br>**Plymouth MA 02360** |
| **LSC Associates** | **Comm. of MA**<br>**Office of Atty General**<br>**One Ashburton Place**<br>**Boston MA 02108**<br>**Attn: Shannon Choy-Seymour** |
| **LSC Associates LLC** | **Grey Lady Marine LLC**<br>**PO Box 3216**<br>**13 Arrowhead Drive**<br>**Nantucket MA 02554** |
| **Susan Roy** | **Internal Revenue Service**<br>**SPS JFK Bldg.**<br>**PO Box 9112**<br>**Stop 20800**<br>**Boston MA 02203** |
| **Seaside Enterprises** | **Kevin P. Martin & Associates**<br>**Ten Forbes West**<br>**South Shore Exec. Park**<br>**Braintree MA 02184** |
| **RL Development**<br><br>**Susan Roy** | **Lund Acquisition LLC**<br>**c/o James J. McNulty, Esq.**<br>**40 Court Street**<br>**Boston MA 02108** |
| **Susan Roy** | **Merrill Lynch**<br>**PO Box 5459**<br>**Mt. Laurel NJ 08054** |

B6H (Official Form 6H) (12/07) -Cont.

In re: **Robert A. Reposa, Jr.**                                          Case No.  <u>09-13702-WCH</u>
_____,                                                          (If known)
                            Debtor

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Susan Roy** | **Merrill Lynch**<br>**Home Equity Service Center**<br>**PO Box 5443**<br>**Mt. Laurel NJ 08054** |
| **Mark Reposa**<br>**44 Kerrywood Road**<br>**E. Falmouth MA** | **Rockland Trust**<br>**288 Union Street**<br>**Rockland MA 02370** |
| **Seaside Enterprises** | **Rockland Trust Company**<br>**288 Union Street**<br>**Rockland MA 02370** |
| **R L Development** | **Rug Merchant**<br>**11 Commerce Road**<br>**Suite B**<br>**Rockland MA 02370** |
| **Monomoy Associates** | **Shepherd & Goldstein**<br>**c/o Grosser & Mulligan**<br>**766 Falmouth Road**<br>**Suite 4**<br>**Mashpee MA 02649** |
| **Seaside Development** | **Stuart Bornstein**<br>**Bornstein Companies**<br>**Financial Place**<br>**Hyannis MA 02601** |

B6I (Official Form 6I) (12/07)

In re **Robert A. Reposa, Jr.**
_____
Debtor

Case No.   **09-13702-WCH**
_____
(If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | daughter | 10 |
| | son | 4 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **sales** | homemaker |
| Name of Employer | **Advanced Metal Roofing** | |
| How long employed | **8 mos.** | |
| Address of Employer | **North Carolina** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---:|---|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) _____ | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 2,500.00 | $ | 16,001.10 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 10,000.00 |
| 11. Social security or other government assistance (Specify) _____ | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) _____ | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 2,500.00 | $ | 26,001.10 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,500.00 | $ | 26,001.10 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 28,501.10 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**Mr. Reposa's income from AMR is commission based and fluctuates each month. The figure on Schedule I is an estimated monthly average.**

B6J (Official Form 6J) (12/07)

In re **Robert A. Reposa, Jr.** _____,   Case No. _____
Debtors                                                                (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☑ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---:|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 5,500.00 |
|    a. Are real estate taxes included?   Yes _____   No ✓ | | | |
|    b. Is property insurance included?   Yes _____   No ✓ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 650.00 |
|    b. Water and sewer | | $ | 30.00 |
|    c. Telephone | | $ | 0.00 |
|    d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 1,250.00 |
| 4. Food | | $ | 100.00 |
| 5. Clothing | | $ | 60.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 125.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|    a. Homeowner's or renter's | | $ | 1,134.00 |
|    b. Life | | $ | 233.00 |
|    c. Health | | $ | 1,100.00 |
|    d. Auto | | $ | 1,200.00 |
|    e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)   **property tax** _____ | | $ | 585.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|    a. Auto | | $ | 0.00 |
|    b. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other _____ | | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 12,017.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | | |
|---|---|---:|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
|    a. Average monthly income from Line 15 of Schedule I | | $ | 2,500.00 |
|    b. Average monthly expenses from Line 18 above | | $ | 12,017.00 |
|    c. Monthly net income (a. minus b.) | | $ | -9,517.00 |

```
The above expenses are the Debtor's best estimate of his average monthly
household expenses for the Nantucket residence
```

B6J (Official Form 6J) (12/07) - Cont.

In re <u>Robert A. Reposa, Jr.</u>                                    Case No. _____
                        Debtors                                                (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

SPOUSE

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,500.00 |
| a. Are real estate taxes included?   Yes _____   No ✓ | | |
| b. Is property insurance included?   Yes _____   No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 1,200.00 |
| b. Water and sewer | $ | 150.00 |
| c. Telephone | $ | 425.00 |
| d. Other **cable/trash** | $ | 520.00 |
| 3. Home Maintenance (Repairs and upkeep) | $ | 300.00 |
| 4. Food | $ | 1,200.00 |
| 5. Clothing | $ | 400.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 400.00 |
| 10. Charitable contributions | $ | 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 900.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 1,200.00 |
| d. Auto | $ | 475.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **fed/state/town** | $ | 8,125.00 |
| 13. Installment payments (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other **real estate taxes** | $ | 1,250.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **credit card** | $ | 200.00 |
|        **education and therapy** | $ | 2,600.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 21,645.00 |

19. Describe any increase or decrease in expenditures reasonably anticipate to occur within the year following the filing of this document:

_____

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | $ | 16,001.10 |
| b. Average monthly expenses from Line 18 above | $ | 21,645.00 |
| c. Monthly net income (a. minus b.) | $ | -5,643.90 |

```
All expenses listed above for the Hingham property are paid for by
Susan Roy, Mr. Reposa's wife
```

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Robert A. Reposa, Jr. _____          Case No.  09-13702-WCH _____
                              Debtor                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 25 _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  5/18/09 _____          Signature:  _Robert Reposa_____
                                                Robert A. Reposa, Jr.
                                                                    Debtor

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

### (NOT APPLICABLE)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and
3571.

Form 6 - Statistical Summary (12/07)

## United States Bankruptcy Court
### District of Massachusetts

In re   **Robert A. Reposa, Jr.**                                          Case No.   __09-13702-WCH__
_____      Chapter   **7**
                                        Debtor                        _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $0.00 |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
### District of Massachusetts

In re _____ Robert A. Reposa, Jr. _____,      Case No. __09-13702-WCH__
Debtor                                                                          Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Black Rock Country Club** | **Describe Property Securing Debt:**<br>**Membership at Black Rock Country Club 2007 membership dues**<br><br>**original purchase price in 2005 $90,000.00**<br><br>**present value is uncertain** |

Property will be *(check one)*:
- ☐  Surrendered          ☑  Retained

If retaining the property, I intend to *(check at least one)*:
- ☐  Redeem the property
- ☐  Reaffirm the debt
- ☐  Other.  Explain _____ *(for example, avoid lien using 11 U.S.C. § 522(f))*

Property is *(check one)*:
- ☐  Claimed as exempt          ☑  Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Cliffside Beach Club** | **Describe Property Securing Debt:**<br>**Membership at Cliffside Beach Club - original purchase price in 2000 $120,000.00**<br><br>**remaining balance due on membership**<br><br>**present value uncertain** |

Property will be *(check one)*:
- ☐  Surrendered          ☑  Retained

If retaining the property, I intend to *(check at least one)*:
- ☐  Redeem the property
- ☐  Reaffirm the debt
- ☐  Other.  Explain _____ *(for example, avoid lien using 11 U.S.C. § 522(f))*

B 8 (Official Form 8) (12/08)                                                                          Page 2

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

| Property No.  3 | |
|---|---|
| **Creditor's Name:**<br>**Comm. of MA** | **Describe Property Securing Debt:**<br>**6 Pochick Avenue**<br>**Nantucket MA**<br>**single family residence**<br><br>**Joint tenants with spouse**<br><br>**Deed to Mr. Reposa and his wife recorded 3/25/05. Prior to that transfer, Mr. Reposa owned this property individually since January 3, 2000**<br><br>**value is based upon existing purchase and sale agreement** |

Property will be *(check one)*:
- ☐ Surrendered              ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☒ Other.  Explain  property will be sold    (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☑ Claimed as exempt                    ☐ Not claimed as exempt

| Property No.  4 | |
|---|---|
| **Creditor's Name:**<br>**Comm. of MA** | **Describe Property Securing Debt:**<br>**6 Pochick Avenue**<br>**Nantucket MA**<br>**single family residence**<br><br>**Joint tenants with spouse**<br><br>**Deed to Mr. Reposa and his wife recorded 3/25/05. Prior to that transfer, Mr. Reposa owned this property individually since January 3, 2000**<br><br>**value is based upon existing purchase and sale agreement**<br><br>**Real estate attachment recorded April 26, 2009. The Office of the Attorney General is pursuing litigation on behalf of various consumers relative to Mr. Reposa's former business, Navigator Beach Club**<br><br>**claim amount is based upon complaint filed by the Attorney General** |

B 8 (Official Form 8) (12/08)                                                          Page 3

Property will be *(check one)*:
    ☐ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☑ Other.  Explain **avoided pursuant to 11 USC 522(f)** (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☑ Claimed as exempt        ☐ Not claimed as exempt

---

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Lund Acquisition LLC** | **Describe Property Securing Debt:**<br><br>**6 Pochick Avenue**<br>**Nantucket MA**<br>**single family residence**<br><br>**Joint tenants with spouse**<br><br>**Deed to Mr. Reposa and his wife recorded 3/25/05. Prior to that transfer, Mr. Reposa individually since January 3, 2000**<br><br>**claim amount is approximate**<br><br>**value is based upon existing purchase and sale agreement** |

Property will be *(check one)*:
    ☐ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☑ Other.  Explain **avoided pursuant to 11 USC 522(f)** (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☑ Claimed as exempt        ☐ Not claimed as exempt

---

| Property No. 6 | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

B 8 (Official Form 8) (12/08)

| Merrill Lynch | 6 Pochick Avenue<br>Nantucket MA<br>single family residence<br><br>Joint tenants with spouse<br><br>Deed to Mr. Reposa and his wife recorded 3/25/05. Prior to that transfer, Mr. Reposa owned this property individually since January 3, 2000<br><br>value is based upon existing purchase and sale agreement |
|---|---|

Property will be *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain **property will be sold** (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:

☑ Claimed as exempt                    ☐ Not claimed as exempt

---

| Property No.  7 | |
|---|---|
| **Creditor's Name:**<br>Merrill Lynch | **Describe Property Securing Debt:**<br>6 Pochick Avenue<br>Nantucket MA<br>single family residence<br><br>Joint tenants with spouse<br><br>Deed to Mr. Reposa and his wife recorded 3/25/05. Prior to that transfer, Mr. Reposa individually since January 3, 2000<br><br>principal balance as of 3/13/09<br><br>value is based upon existing purchase and sale agreement |

Property will be *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain **property will be sold** (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:

☑ Claimed as exempt                    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                          Page 5

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Resort Funding** | **Describe Property Securing Debt:**<br><br>**6 Pochick Avenue**<br>**Nantucket MA**<br>**single family residence**<br><br>**Joint tenants with spouse**<br><br>**Deed to Mr. Reposa and his wife recorded 3/25/05. Prior to that transfer, Mr. Reposa owned this property individually since January 3, 2000**<br><br>**value is based upon existing purchase and sale agreement** |

Property will be (check one):
- ☐ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other.  Explain **property will be sold** (for example, avoid lien using 11 U.S.C. § 522(f))

Property is (check one):
- ☑ Claimed as exempt                    ☐ Not claimed as exempt

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Richard C. Cunha** | **Describe Property Securing Debt:**<br><br>**6 Pochick Avenue**<br>**Nantucket MA**<br>**single family residence**<br><br>**Joint tenants with spouse**<br><br>**Deed to Mr. Reposa and his wife recorded 3/25/05. Prior owner, Mr. Reposa individually since January 3, 2000**<br><br>**value is based upon existing purchase and sale agreement**<br><br>**claim amount is approximate.  Real estate attachment 2/13/08** |

Property will be (check one):
- ☐ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other.  Explain **avoided pursuant to 11 USC 522(f)** (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)                                                          Page 6

Property is *(check one)*:
☑ Claimed as exempt                    ☐ Not claimed as exempt

---

**Property No. 10**

**Creditor's Name:**                   **Describe Property Securing Debt:**
**Rockland Trust**                     **all asset security interest recorded on 3/22/2006**

Property will be *(check one)*:
☑ Surrendered            ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

**Property No. 11**

**Creditor's Name:**                   **Describe Property Securing Debt:**
**Shepherd & Goldstein**

**6 Pochick Avenue**
**Nantucket MA**
**single family residence**

**Joint tenants with spouse**

**Deed to Mr. Reposa and his wife recorded 3/25/05.**
**Prior to that transfer, Mr. Reposa owned this**
**property individually since January 3, 2000**

**value is based upon existing purchase and sale**
**agreement**

Property will be *(check one)*:
☐ Surrendered            ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain <u>**avoided pursuant to 11 USC 522(f)**</u> (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☑ Claimed as exempt                    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                    Page 7

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ YES        ☐ NO |

_____0_____  continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:  5/18/09

Robert A. Reposa, Jr.
Signature of Debtor

B7 (Official Form 7) (12/07)

## UNITED STATES BANKRUPTCY COURT
### District of Massachusetts

In re:  **Robert A. Reposa, Jr.**                                             Case No. **09-13702-WCH**

_____,                                           _____
                        Debtor                                                              (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the
       debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning
       of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years**
       immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a
       fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal
       year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13
       must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
       is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|--------|--------|--------------------|
| 48,000.00 | **employment from Radar Properties** | **2007** |
| 48,000.00 | **Rader Properties** | **2008** |
| 4,800.00 | **AMR** | **2008** |
| 4,800.00 | **AMR** | **2009 through 3/2009** |

## 2.  Income other than from employment or operation of business

None
☑      State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's
       business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is
       filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|--------|--------|--------------------|

## 3.  Payments to creditors

**Complete a. or b., as appropriate, and c.**

None
☑      a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or
       services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless
       the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk
       (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
       repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing
       under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless
       the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None
☑
b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☑
c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Robert A. Reposa Jr.** **v.** **Marcus, Errico et al**  **NOCV2008-01643** **See attached** | malpractice | **Norfolk Superior Court** | **pending** |

None
☑
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5.  Repossessions, foreclosures and returns

None
☑
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

Attachment to Statement of Financial Affairs

Question 4 (a)

Cape & Islands Coffee Service
v.
Robert Reposa

Falmouth District Court, Docket # 200889SC000968, Judgment


Aviation One Management LLC, Aviation One LLC and Flightshares Leasing LLC
v.
Seaside Enterprises LLC and Robert Reposa, a/k/a Robert A. Reposa

Hingham District Court, Docket # SP 2007585-SP-000005


Best Read Guide Inc.
v.
Robert Resposa d/b/a Navigator Beach Club

Hingham District Court, Docket No. 200858SP000115


Best Read Guide Inc.
v.
Robert Reposa d/b/a Navigator Beach Club

Hingham District Court, Docket No. 200758CV001004


Citizens Bank
v.
Robert Reposa

Hingham District Court, Docket No. 0858 SP 0009


Hallsmith Sysco Foodservice LLC
v.
Robert Reposa as Guarantor of RL Development LLC

Attleboro District Court, (no case #)

Lund Acquisition LLC
v.
RL Development LLC, Robert Reposa, individually and Susan Q. Roy, individually

Plymouth Superior Court, Civil Action No. PLCV2008-01582-B


Shepherd & Goldstein
v.
Monemey Associates LLC et al

Barnstable Superior Court, Civil Docket No. BACV2006-00325-A


Rich Cunha
v.
Robert Reposa

Barnstable Superior Court 2008-0007C


Allan Casili
v.
Robert Reposa


SM Asnes
v.
Robert Reposa


Commonwealth of Massachusetts
v.
LSC Associates LLC and Robert Reposa

Suffolk Superior Court 09-1525-F, litigation relative to Navigator Beach Club

## 6.  Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Gary W. Cruickshank** **21 Custom House Street** **Suite 920** **Boston MA 02110** | **2/17/09 - Susan Roy** | **$3,996.00 plus filing fee** |

4

## 10. Other transfers

None   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☐   debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Susan Q. Roy<br>126 Main Street<br>Hingham MA<br>  wife | 6/18/08 | mortgage granted in 6 Pochick Avenue, Nantucket MA - discharged in April 2009<br><br>security for prior loans |
| Susan Q. Roy<br>126 Main Street<br>Hingham MA<br>  wife | 1/1/08 | interest in 100 Myles Standish LLC, 579 Granite Street LLC and 4 Manley Street LLC<br><br>consideration-debt repayment |

None   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑   self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☑   sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within
☑   **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

6

None
☑

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **See attached** | | | | |

None
☑

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19.  Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Gerald J. Levins**<br>**Box 77**<br>**Boston MA 02117** | **various** |

Attachment to Statement of Financial Affairs – question 18 a

Outer Limits Offshore Race Team Inc., Treasurer, Secretary, President

Regatta Enterprises LLC, Real Property Signatory, Soc. Signatory, Manager

Seaside Development Corporation, Secretary, Treasurer, President

Seaside Vacations Inc., President, Secretary

Telecorp. Inc., Treasurer

Getaway Marketing LLC, Real Property, Manager

Independent Vacation Network  LLC, Real Property, Soc Signatory

LSC Associates LLC, Manager, Real Property

Monomoy Associates LLC, Real Property, Soc. Signatory, Manager

RL Development LLC, Soc. Signatory, Real Property, Manager

Seaside Enterprises LLC, Manager, Soc. Signatory, Real Property

Vacation Destinations LLC, Real Property, Soc. Signatory

W R P Marketing LLC, Manager, Real Property

Nautilus Partners LLC, Real Property

7

None ☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME          ADDRESS             DATES SERVICES RENDERED

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                           ADDRESS

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS          DATE ISSUED

## 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME             ADDRESS             DATE OF WITHDRAWAL

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS          TITLE          DATE OF TERMINATION

### 23. Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    5/18/09

Signature
of Debtor    *Robert Reposa*

Robert A. Reposa, Jr.

B 203
(12/94)

**UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts**

In re:     Robert A. Reposa, Jr.

                        Debtor

Case No.   **09-13702-WCH**
Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | plus filing fee | $ 3,996.00 |
| Prior to the filing of this statement I have received | plus filing fee | $ 3,996.00 |
| Balance Due | | $ 0.00 |

2. The source of compensation paid to me was:

    ☐ Debtor          ☑ Other (specify)     **Susan Q. Roy**

3. The source of compensation to be paid to me is:

    ☑ Debtor          ☑ Other (specify)     **Susan Q. Roy**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d) [Other provisions as needed]
       **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **See attached statement**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  5 20 09

**Gary W. Cruickshank, Esq., Bar No. 107600**

**Law Offices of Gary W. Cruickshank**
Attorney for Debtor(s)

STATEMENT OF DEBTOR PURSUANT TO RULE 9010-3 OF THE
MASSACHUSETTS LOCAL RULES OF BANKRUPTCY PROCEDURE

The undersigned Debtor expressly confirms that I have agreed with Attorney
Gary W. Cruickshank, my Counsel in this Chapter 7 case, that he will represent me in my
Chapter 7 case for a flat fee of $3,996.00 plus the filing fee.  I further agree that should I
be subject to an adversary proceeding or other contested matters during the course of this
case, that I will pay Attorney Cruickshank at his standard hourly rate of $400.00 and that
I will pay to him a reasonable retainer of $800.00 before he commences such service.  I
further agree that if I do not advance the retainer and make the payments, that Attorney
Cruickshank is not required to represent the undersigned in the adversary proceeding
and/or contested matters and that he may file a Motion for Withdrawal from the
adversary proceeding or contested matter.

Dated: 5/18/09

_____
Robert A. Reposa Jr.